UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-21158-CR-JORDAN/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOEL STEINGER, et al.,
    Defendants.
_____/

## **ORDER**

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-styled case has been assigned, hereby certifies the above matter is ready for reassignment and directs the Clerk's Office to reassign this case to the newly paired Magistrate Judge pursuant to Administrative Orders 2010-145 and 2011-18.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **28th** day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Jordan
U.S. Magistrate Judge Bandstra
All Counsel of Record