UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21158-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
JOEL STEINGER )
)
)
_____ )

**ORDER ON MOTION FOR PROTECTIVE ORDERS**

Upon *de novo* review of the record, I adopt the report and recommendation issued by Magistrate Judge O'Sullivan [D.E. 504], to which no objections have been filed. Accordingly, the government's motion for a protective order as to the Steinger-Lombardi house [D.E. 435] is GRANTED. The government's other motions for protective order [D.E. 427, 438] are also GRANTED. Mr. Steinger's motion to dismiss [D.E. 445] is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of November, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    Magistrate Judge O'Sullivan
            All counsel of record