# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21158-Cr-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN STEINER, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION FOR MENTAL COMPENCY EVALUATION AND HEARING

THIS MATTER is before the Court on [ECF No. 701] the Government's Motion for Mental Competency Evaluation and Hearing, as to Defendant Steven Steiner. In deciding this Motion, the Court has carefully considered the Government's position, the Defendant's Response, and the fact that an evaluation of Defendant is purportedly already underway at FDC in Case No. 12-cr-20123.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Government's Motion is **GRANTED** as follows:

1) The Court orders a mental competency evaluation of Defendant. The mental evaluation in Case No. 12-cr-20123, to the extent it is already underway, will be sufficient to satisfy this Order and a separate evaluation need not be performed.

2) The Defendant shall provide the Court a copy of the evaluation upon receipt.

3) Pursuant to 18 U.S.C. § 4241, once the report is received, and to the extent any remedial measures are required, the Court shall schedule a hearing to determine competency for trial, upon proper motion by the Government or Defendant.

**DONE and ORDERED** in chambers, at Miami, Florida, on July 23, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*