**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 08-21158-Cr-SCOLA**

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

STEVEN STEINER, *et al.*,

 Defendants.
_____/

**ORDER REGARDING DEFENDANT'S MENTAL**
**COMPENCY EVALUATION AND HEARING**

 THIS MATTER is before the Court *sua sponte*. On July 23, 2012, the Court granted the Government's Motion for Mental Competency Evaluation and Hearing, as to Defendant Steven Steiner. The Court indicated that the mental evaluation ordered by Judge Rosenbaum in Case No. 12-cr-20123 could be used for this case as well. The report in that case was issued on August 30, 2012, indicating that the Defendant was competent to stand trial. Judge Rosenbaum subsequently held a hearing and issued an order, dated September 13, 2012, finding the Defendant competent for trial in Case No. 12-cr-20123.

 In light of these events, the parties shall file a notice indicating whether this Court may take judicial notice of, and adopt, Judge Rosenbaum's hearing and order finding Defendant competent, without need for a separate hearing and determination. The parties shall file their notice(s) no later than **October 3, 2012**.

 **DONE and ORDERED** in chambers, at Miami, Florida, on September 25, 2012.

                  _____
                   **ROBERT N. SCOLA, JR.**
                   **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*